Lizzie Callahan, Respondent, v. New York City Railway Company, Appellant.— Judgment and order affirmed, with costs. No opinion.

Bridget Long, Appellant, v. Seamen's Bank for Savings, Respondent.— Judgment affirmed, with costs. No opinion.

The People of the State of New York ex rel. William J. Flynn, Relator, v. Theodore A. Bingham, as Police Commissioner of the City of New York, Respondent.— Writ dismissed and proceedings affirmed, with fifty dollars costs and disbursements. No opinion.

Mary A. Hammond, Respondent, v. Charles L. Hammond, Appellant.— Judgment reversed, new trial ordered, costs to appellant to abide event on 103 Appellate Division, 437.

Gustavus Haas, Appellant, v. Louis L. Loeb and Others, Respondents.— Judgment affirmed, with costs. No opinion.

Theresa Heindel, Appellant, v. Caroline Heindel and Others, as Executors and Trustees of the Last Will and Testament of Casper Heindel, Deceased, Respondents.— Judgment affirmed, with costs. No opinion.

Francis Romeo, Respondent, v. Edward P. Sholl, Appellant, Impleaded with Walter Lea.— Judgment and order affirmed, with costs. No opinion.

Charles Jungman, Respondent, v. Andrew D. Parker, Appellant.— Judgment and order affirmed, with costs. No opinion.

William P. Fogarty, Respondent, v. Sarah A. O'Reilly, as Executrix of and Trustee under the Last Will and Testament of Hugh O'Reilly, Deceased, Appellant, Impleaded with Mary A. Stange and Others.— Judgment affirmed, with costs, with leave to defendant to withdraw demurrer and answer on payment of costs. No opinion.

Harry Brown, on Behalf of Himself and All Parties Similarly Situated Who Shall Come in, Respondent, v. Joseph Berkowitz and Others, Impleaded with Utopia Land Company, Appellant.— Judgment affirmed, with costs, with leave to defendant to amend on payment of costs. No opinion.

James Thedford, Appellant, v. Henry L. Herbert, Respondent.— Judgment affirmed, with costs, on opinion in *Thedford* v. *Herbert* (118 App. Div. 181).

Mary P. Mossa, Appellant, v. Rudolph Mossa, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion.

John N. Drake and Horace M. Drake, as Executors, etc., of Caroline W. Drake, Deceased, Respondents, v. Walter B. La Chicotte and Henry A. La Chicotte, Appellants.— Order affirmed, with ten dollars costs and disbursements. No opinion.

In the Matter of the Mayor, etc. American Ice Company.— Motion for leave to appeal to Court of Appeals granted and question certified.

Amos Edward Woodruff, Appellant, v. Elinor W. Squier, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion. (Houghton, J., dissenting.)

The People of the State of New York v. Tillie Zeis.— Motion granted.

Mexico Onyx Quarry Company v. David J. Kelley.— Motion denied, without costs.